IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLAUDIA PENAGOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Case No. 4:19-cv-00059-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

　　　　Based on the parties' Stipulation to Dismiss Action with Prejudice (Stipulation),[1] and for good cause appearing,

　　　　IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear their own associated fees and costs incurred in this matter.

　　　　Signed January 9, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_David Nuffer_
　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket no. 26, filed January 9, 2020.