IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLAUDIA PENAGOS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case No. 4:19-cv-00059-DN-PK |
| TARGET CORPORATION, | District Judge David Nuffer |
| Defendant. | Magistrate Judge Paul Kohler |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice. The clerk is directed to close this action.

Signed January 9, 2020.

BY THE COURT:

David Nuffer
United States District Judge